# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| STEVEN D. WILLIS<br>　　LA. DOC #563328 | CIVIL ACTION NO. 13-2557 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN NATHAN CAIN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [Doc. No. 1], is hereby **DENIED and DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 25th day of July, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE