UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STEVEN D. WILLIS<br>    LA. DOC #563328 | CIVIL ACTION NO. 13-2557 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN NATHAN CAIN | MAGISTRATE JUDGE HAYES |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 25th day of July, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE